# Bozzutto










# Fairfield Residential




# Greystar







# JBG Smith







# Kettler







# Pinnacle

 

# Tower







# Wood

 

# Berkshire




# Vantage


