IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

"APPROVED" THIS 24 DAY of SEPT, 2020.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

HOUSING RIGHTS INITIATIVE, et al.

Plaintiffs,

v.

BOZZUTO MANAGEMENT
COMPANY, et al.

Defendants.

Civil Action No. 20-cv-01956-PJM

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT FAIRFIELD RESIDENTIAL COMPANY LLC

The Plaintiffs, Housing Rights Initiative and Neuhtah Opiotennione, through their undersigned counsel, hereby dismiss all claims against Defendant Fairfield Residential Company LLC in the above-captioned action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 23, 2020

Respectfully submitted,

/s/   Matthew Handley
Matthew K. Handley (Bar No. 18636)
Rachel Nadas *
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW, 11th Floor
Washington, DC 20001
Tel: (202) 559-2411
mhandley@hfajustice.com
rnadas@hfajustice.com

Peter Romer-Friedman (Bar No. 21431)
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Tel: (202) 888-1741