IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **HOUSING RIGHTS INITIATIVE**, *et al.* | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Case No. 20-cv-1956 |
| **BOZZUTO MANAGEMENT COMPANY**, *et al.* | ) ) ) |  |
| Defendants. | ) ) ) |  |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Bozzuto Management Company ("Bozzuto"), Greystar Management Services L.P. ("Greystar"), Kettler Management, Inc. ("Kettler"), Wood Residential Services, LLC ("Wood"), JBG SMITH Management Services, LLC ("JBG Smith"), Pinnacle Campus Living LLC ("Pinnacle"), Tower Construction Group, LLC (i/p/a The Tower Companies) ("Tower"), Vantage Management, Inc. ("Vantage"), and Berkshire Communities, LLC ("Berkshire") hereby move to dismiss all claims asserted in Plaintiffs' First Amended Complaint with prejudice.

Respectfully submitted,

 /s/ Lynn E. Calkins
Lynn E. Calkins, Bar No. 12121
Holland & Knight LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000
lynn.calkins@hklaw.com

*Counsel for Bozzuto Management Company*

 /s/ Matthew M. Moore
Matthew M. Moore, Bar No. 14030 *
Thomas John Gartner, Bar No. 18808
Shulman Rogers
12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854
Telephone: (301) 230-6560
mmoore@shulmanrogers.com

*Counsel for Greystar Management
Services L.P.*

| | |
|---|---|
| /s/ Sharon Oras Morgan<br>Sharon Oras Morgan, Bar No. 29663 *<br>W. Christian Moffitt, *pro hac vice*<br>Fox Rothschild LLP<br>10 Sentry Parkway, Suite 200<br>Blue Bell, PA 19422<br>Telephone: (610) 397-7073<br>cmoffit@foxrothschild.com<br><br>*Counsel for Kettler Management, Inc.* | /s/Emmett F. McGee, Jr.<br>Adriana R. Midence, *pro hac vice*<br>Emmett F. McGee, Jr., Bar No. 08462*<br>Eric R. Mangus, *pro hac vice*<br>Kelli Church, *pro hac vice*<br>Jackson Lewis P.C.<br>171 17th Street, NW, Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 586-1822<br>adriana.midence@jacksonlewis.com<br><br>*Counsel for Wood Residential Services, LLC* |
| /s/ Grace E. Speights<br>Grace E. Speights, Bar No. 05254 *<br>Morgan Lewis & Bockius LLP<br>111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Telephone: (202) 739-5189<br>grace.speights@morganlewis.com<br><br>*Counsel for JBG SMITH Management Services, L.L.C.* | /s/ Leslie Paul Machado<br>Leslie Paul Machado, Bar No. 14952 *<br>O'Hagan Meyer<br>2560 Huntington Avenue<br>Suite 204<br>Alexandria, VA 22303<br>Telephone: (703) 775-8607<br>lmachado@ohaganmeyer.com<br><br>*Counsel for Pinnacle Campus Living LLC* |
| /s/ Michael Jaffe<br>Michael Evan Jaffe, Bar No.06694 *<br>David C. Grossman, Bar No. 21260<br>Pillsbury Winthrop Shaw Pittman LLP<br>1200 17th Street, NW<br>Washington, DC 20036<br>Telephone: (202) 663-8068<br>michael.jaffe@pillsburylaw.com<br>david.grossman@pillsburylaw.com<br><br>*Counsel for Tower Construction Group LLP* | /s/ H. Matson Coxe, IV<br>H. Matson Coxe, IV, Bar No. 19388*<br>Elisabeth L. Shu, *pro hac vice*<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>8444 Westpark Drive, Suite 510<br>McLean, VA 22102<br>Telephone: (703) 852-7793<br>lisa.shu@wilsonelser.com<br>H.Matson.CoxeIV@wilsonelser.com<br><br>*Counsel for Vantage Management Inc.* |

  /s/ Kathleen Pontone
Kathleen Pontone, Bar No. 01225 *
Elisabeth Koloup Hall, Bar No. 18734
Miles and Stockbridge PC
100 Light Street, 10th Floor
Baltimore, MD  21202
Telephone: (410) 385-3757
kpontone@milesstockbridge.com

*Counsel for Berkshire Communities, LLC*

*\* Signed by Lynn E. Calkins with permission
 of the signing attorney*