IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

"APPROVED" THIS 2 DAY of MAR, 2021.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

| HOUSING RIGHTS INITIATIVE; and NEUHTAH OPIOTENNIONE on behalf of herself and all others similarly-situated  *Plaintiffs*,  v.  BOZZUTO MANAGEMENT COMPANY *et. al.*  *Defendants.* |
|---|

Case No. 20-cv-1956

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF HOUSING RIGHTS INITIATIVE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Housing Rights Initiative hereby gives notice of the voluntary dismissal of its claims in the above-titled Action against all Defendants. This notice is not intended to have any effect on any claims other than those of Plaintiff Housing Rights Initiative.

Dated: February 26, 2021

Respectfully submitted,

/s/ Matthew K. Handley
Matthew K. Handley (D. Md. Bar # 18636)
Rachel Nadas*
HANDLEY FARAH & ANDERSON PLLC
200 Massachusetts Avenue
Seventh Floor
Washington, DC 20001
Telephone: (202) 559-2411
Email: mhandley@hfajustice.com
Email: rnadas@hfajustice.com

Peter Romer-Friedman
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312,
Washington, DC 20036
Telephone: (202) 888-1741
Email: peter@guptawessler.com

*pro hac vice forthcoming