IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| HOUSING RIGHT INITIATIVE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 20-cv-1956 |
| ) | |
| BOZZUTO MANAGEMENT COMPANY, *et al.* ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Defendants' Motion for Leave to File Comments to Plaintiff Opiotennione's June 18, 2021 Submission Regarding Facebook Settlement, and the Court being advised that Plaintiff Opiotennione consents to allowing such Comments to be filed,

IT IS this __15__ day of __July__, 2021, by the United States District Court for the District of Maryland, ORDERED that Defendants' Motion for Leave to File Comments in response to Plaintiff Opiotennione's June 18, 2021 Submission Regarding Facebook Settlement is hereby GRANTED.

The Honorable Peter J. Messitte
United States District Court Judge