IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NEUHTAH OPIOTENNIONE,** *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**BOZZUTO MANAGEMENT COMPANY** *et al.*,<br><br>Defendant. | * * * * * * * * * | Civil No. **20-1956 PJM** |

## ORDER OF DISMISSAL

Upon consideration of Defendants' Motion to Dismiss (ECF No. 65) and Plaintiff's opposition thereto, oral argument having been held, it is, for the reasons stated in the accompanying Memorandum Opinion, this 20 day of July 2021,

**ORDERED**

1. Defendants' Motion to Dismiss is **GRANTED**.

2. The Complaint is **DISMISSED**.

3. The Clerk of the Court is directed to **CLOSE** this case.

/s/ Peter J. Messitte
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE