FILED: August 23, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1919
(8:20-cv-01956-PJM)

_____

NEUHTAH OPIOTENNIONE

     Plaintiff - Appellant

and

HOUSING RIGHTS INITIATIVE

     Plaintiff

v.

BOZZUTO MANAGEMENT COMPANY; GREYSTAR MANAGEMENT SERVICES, L.P.; KETTLER MANAGEMENT INC.; WOOD RESIDENTIAL SERVICES, LLC; JBG SMITH MANAGEMENT SERVICES, LLC; PINNACLE CAMPUS LIVING LLC; TOWER CONSTRUCTION GROUP, LLC; VANTAGE MANAGEMENT, INC.; BERKSHIRE COMMUNITIES, LLC

     Defendants - Appellees

and

FAIRFIELD RESIDENTIAL COMPANY LLC

     Defendant

___

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:20-cv-01956-PJM |
| Date notice of appeal filed in originating court: | 08/18/2021 |
| Appellant(s) | Neuhtah Opiotennione |
| Appellate Case Number | 21-1919 |
| Case Manager | Rickie Edwards 804-916-2702 |